**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000299
25-SEP-2020
09:13 AM

NO. CAAP-20-0000299

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

AJC, Petitioner-Appellant, v.
ALC, Respondent-Appellee

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(CASE NO. FC-M 15-1-055K)

ORDER DISMISSING APPEAL
(By: Chan, Presiding Judge, Hiraoka and Wadsworth, JJ.)

Upon review of the record, it appears that:

(1) On April 22, 2020, self-represented Petitioner-Appellant AJC (**AJC**) filed the notice of appeal;

(2) On June 22, 2020, the circuit court clerk filed the record on appeal, and the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before July 2, 2020, and August 3, 2020, respectively;

(3) AJC failed to file either document or request an extension of time;

(4) On August 11, 2020, the appellate clerk notified AJC that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on August 24, 2020, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules

of Appellate Procedure Rules 12.1(e) and 30, and AJC could seek relief from default by motion; and

(5)   AJC took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, September 25, 2020.

/s/ Derrick H.M. Chan
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge